**RECEIVED**
**MAR 03 2026**
U.S. MARSHALS W/OK

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| | |
|---|---|
| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>5:26-cv-00361-G |
| DEFENDANT<br>PAUL ZIRIAX, in his official capacity as Secretary of the State Election Board | TYPE OF PROCESS<br>Complaint & Summons |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Paul Ziriax, Office of the State Election Board
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
2300 N Lincoln Blv., room G28, State Capitol Building, Oklahoma City, OK 73105

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Christopher J. Gardner
4 Constitution Square
150 M Street NE
Washington, D.C. 20002

Number of process to be served with this Form 285: 1
Number of parties to be served in this case: 1
Check for service on U S A:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):
Serve on Paul Ziriax directly
Office Hours
Monday - Friday
8:00 am - 5:00 pm

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF [ ] DEFENDANT
TELEPHONE NUMBER: (202) 812-2631
DATE: 3/3/2026

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No.: 64
District to Serve No.: 64
Signature of Authorized USMS Deputy or Clerk: K.R —
Date: 3/03/2026

[X] I hereby certify and return that I have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc shown at the address inserted below

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc named above (See remarks below)

Name and title of individual served (if not shown above): Paul ZIRIAX
Date: 3/4/26
Time: 1505 pm

Address (complete only different than shown above): see above

Signature of U S Marshal or Deputy: Alexander Merchith, DUSM
3/4/26

Costs shown on attached USMS Cost Sheet >>

**REMARKS**

DUSM Hrs: 1 × $65 = $65
Roundtrip Mileage: 5mi × (.725) = $3.625

$65 + $3.625 = $68.625

Form USM-285
Rev 03/21