## UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Case No. CIV-26-361-G** |
| ) | |
| **PAUL ZIRIAX, in his official capacity as** ) | |
| **Secretary of the State Election Board,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

Now before the Court are three Requests for Admission Pro Hac Vice (Doc. Nos. 6, 7, 8), which were filed as motions rather than as supporting documents.

The Requests fail to comply with the Local Civil Rules in multiple respects and are therefore DENIED without prejudice to resubmission.  *See* LCvR 83.2(g), 83.3(b).

IT IS SO ORDERED this 10th day of March, 2026.

_____
CHARLES B. GOODWIN
United States District Judge