**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

UNITED STATES OF AMERICA,

     Plaintiff,

v.

     Case No. 5:26-cv-361

PAUL ZIRIAX, in his official capacity as
Secretary of the State Election Board,

     Defendant.

**MOTION FOR ADMISSION PRO HAC VICE**

FRANK W FRASIER, attorney for Proposed Intervenor-Defendant the Oklahoma Alliance for Retired Americans, comes before the Court pursuant to LCvR 83.2(g) and 83.3(b) and moves for the admission of Joshua C. Abbuhl, who is licensed in of the District of Columbia, to appear *Pro Hac Vice* before this Court.

The Applicant is a member in good standing of the bar of the District of Columbia and is otherwise qualified to be admitted before this Court pursuant to LCvR 83.2(g). Attached hereto is the completed *Request for Admission Pro Hac Vice* of the Applicant as Exhibit A. A payment of $100.00 made payable to the Clerk of this Court has been tendered.

WHEREFORE, the Applicant respectfully requests entry of an order for admission *pro hac vice* to this Court.

Dated: March 10, 2026                    Respectfully submitted,

                                         */s/ Frank W Frasier III, Esq.*
                                         Frank W Frasier III, Esq.
                                         Frasier, Frasier, & Hickman LLP
                                         1700 Southwest Boulevard
                                         Tulsa, OK 74107
                                         T: (918) 584-4724
                                         info@frasierlaw.com

                                         *Counsel for Proposed Intervenor the*
                                         *Oklahoma Alliance for Retired Americans*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served this 11th day of March, 2026, with a copy of this document via the Court's CM/ECF system. All other counsel will be served in accordance with Federal Rule of Civil Procedure 5(a).

*/s/ Frank W Frasier III, Esq.*
Frank W Frasier III, Esq.