UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| | ) | |
| vs.                              Plaintiff(s) | ) | Case No. 5:26-cv-361 |
| PAUL ZIRIAX, in his official capacity as Secretary of the State Election Board | ) | |
| | ) | |
| | ) | |
| | ) | |
|                              Defendant(s) | ) | |

## REQUEST FOR ADMISSION PRO HAC VICE

I hereby request admission to the Bar of this Court PRO HAC VICE  in support of which I represent that the answers to the following questions are complete, true and correct:

1.    Full name: Joshua C. Abbuhl

2.    State bar membership number: District of Columbia Bar No. 1044782

3.    Business address, telephone and fax numbers:

Elias Law Group LLP
250 Massachusetts Ave., NW, Suite 400
Washington, DC 20001

4.    List all state and federal courts or bar associations in which you are a member "in good standing" to practice law:

District of Columbia; US District Court for the District of Colorado, Vermont, Western District of Michigan, District of Columbia; US Court of Appeals for the 6th and 9th Circuits.

5.    Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body?       ☐ Yes   ☑ No

6.    Have any proceedings which could lead to any such disciplinary action been instituted against you in any such bodies?       ☐ Yes   ☑ No
      (Please attach a statement explaining any "YES" answers to questions 5 or 6.)

7.    Are you familiar with the Federal Rules of Evidence, the Federal Rules of Civil or Criminal Procedure (as applicable to this case) and the local rules of this court?       ☑ Yes   ☐ No

A check for $100 should be made payable to the U.S. District Court Clerk.
      (United States Government Attorneys are exempted from paying this fee.)

DATED this ____10th____ day of __March, 2026_____.

_Joshua C. Abbuhl_
Signature of Applicant

005/rvsd 04-23