# UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )    **Case No. CIV-26-361-G** |
| | ) |
| **PAUL ZIRIAX, in his official capacity as** | ) |
| **Secretary of the State Election Board,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

Upon review of the record, the Court GRANTS the Motion for Admission Pro Hac Vice (Doc. No. 10) filed on March 11, 2026, in support of the Request for Admission Pro Hac Vice signed by attorney Joshua C. Abbuhl, and hereby PERMITS Attorney Abbuhl to appear as counsel of record in this matter for Proposed Intervenor Oklahoma Alliance for Retired Americans.[1]

On or before March 26, 2026, Attorney Abbuhl shall electronically file an entry of appearance on the form prescribed by the Clerk of Court. *See* LCvR 83.2(g), 83.4. Attorney Abbuhl is ADVISED that failure to timely comply with this requirement will result in vacatur of this Order and denial of the Request for Admission Pro Hac Vice.

IT IS SO ORDERED this 12th day of March, 2026.

_____
CHARLES B. GOODWIN
United States District Judge

---

[1] The docket reflects that the required fee has been paid. *See* LCvR 83.2(g).