**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

UNITED STATES OF AMERICA )
)
)
)
Plaintiff(s), )
)
v. )    Case No. 5:26-cv-361
)
PAUL ZIRIAX, in his official capacity as )
Secretary of the State Election Board, )
)
)
Defendant(s) )

## <u>ENTRY OF APPEARANCE</u>

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Proposed Intervenor , Oklahoma Alliance for Retired Americans .
(Plaintiff/Defendant)           (Name of Party)

I certify that I am admitted to practice in this court and am registered to file documents electronically with this court.

s/ Joshua C. Abbuhl          03/23/2026
Signature                    Date

Joshua C. Abbuhl
Print Name

Criminal Cases Only:

☐ Retained or USA

☐ CJA Appointment

☐ Federal Public Defender

☐ Pro Bono

☐ CJA Training Panel

Elias Law Group
Firm

250 Massachusetts Ave NW, Suite 400
Address

Washington          DC          20001
City                State       Zip Code

202-987-5288
Telephone

jabbuhl@elias.law
Internet E-mail Address

REVISED 05/14/18

*Certificate of Service*

☑ I hereby certify that on March 23, 2026            , I electronically transmitted the attached

document to the Clerk of Court using the Electronic Case Filing System for filing. Based on the records

currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those

registered participants of the ECF System.


☐ I hereby certify that on                            , I filed the attached document with the

Clerk of the Court and served the attached document by

on the following, who are not registered participants of the ECF System:


ul Joshua C. Abbuhl
s/ Attorney Name