UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>PAUL ZIRIAX, in his Official Capacity as Secretary of Oklahoma State Election Board,<br><br>Defendant. | CASE NO: 5:26-cv-00361-G |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, the United States of America, hereby gives notice that this action is voluntarily dismissed. Defendant has not filed an Answer or summary judgment in this action. Accordingly, Plaintiff notices voluntary dismissal of this action, without prejudice. *See* Fed. R. Civ. P. 41(a)(1)(B).

Dated: March 24, 2026

Respectfully submitted,

HARMEET K. DHILLON
Assistant Attorney General
Civil Rights Division

ROBERT J. KEENAN
Acting Deputy Assistant Attorney General
Civil Rights Division

2

ERIC V. NEFF
Acting Chief, Voting Section
Civil Rights Division

 /s/ *Christopher J. Gardner*
CHRISTOPHER J. GARDNER
Trial Attorneys, Voting Section
Civil Rights Division
4 Constitution Square
150 M Street, Room 8.141
Washington, D.C. 20002
Christopher.gardner@usdoj.gov
Tel. (202) 704-5430
Attorneys for the United States

2

## CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2026, a true and correct copy of the foregoing document was served via the Court's ECF system to all counsel of record.

/s/ *Christopher Gardner*
Christopher Gardner
Trial Attorney, Voting Section
Civil Rights Division
U.S. Department of Justice
4 Constitution Square
150 M Street NE, Room 8.141
Washington, D.C. 20002
Telephone: (202) 704-5430
Email: Christopher.gardner@usdoj.gov

3